```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 09-22189-CIV-HUCK
                              MAGISTRATE JUDGE P. A. WHITE

JAMES R. CATON,               :

     Plaintiff,               :

v.                            :    REPORT RE
                                   DUPLICATE CASE
DR. BURDGES,                  :

     Respondents.             :
_____
```

This case, Case No. 09-22189-Civ-Huck, filed by pro-se plaintiff James R. Caton,[1] was transferred to the Southern District of Florida from the Middle District of Iowa on July 14, 2009. The complaint names as sole defendant Dr. Burdges, who Caton claims would not continue his medication while he was confined at the Miami Federal Detention Center. He is seeking to be put back on his medication at the Miami Federal Correctional Institution, where he is now located.

This case is a duplicate of case no. 09-21945-Civ-Moreno, pending in this Court, and being processed. There is no need for there to be two identical claims pending in the same Court.

It is therefore recommended that this duplicate, higher numbered case be dismissed.

---

[1]The docket in case no. 09-21945-Civ-Moreno incorrectly listed the plaintiff as James "Canton", and will be corrected. Initial orders in that case similarly have listed the plaintiff as "Canton".

Dated this 24th day of July, 2009.

_____
UNITED STATES MAGISTRATE JUDGE


cc:   James R. Caton, <u>Pro Se</u>
      Reg#37101-019
      Miami Federal Correctional Institution
      Address of record