UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-22189-CIV-HUCK/WHITE

JAMES R. CATON,

    Plaintiff,

vs.

DR. BURGES,

    Defendant.
_____/

**CLOSED CIVIL CASE**

### ORDER

THIS MATTER is before the Court upon the Plaintiff's Complaint (D.E. #1), filed July 14, 2009. This case was transferred to the Southern District of Florida on July 20, 2009. On July 27, 2009, the Honorable Patrick A. White, United States Magistrate Judge, issued a Report (D.E. #4), recommending dismissal of the case because the Plaintiff has an identical case already pending in this court (09-CV-21945-MORENO). Being otherwise duly advised, the Court agrees with the conclusions in the Report. Further, because this case is clearly a duplicate of case 09-CV-21945, it is not necessary to wait ten days for objections. Accordingly, it is hereby ORDERED that the case is dismissed. Accordingly, all pending motions are DENIED and the case is CLOSED.

DONE AND ORDERED in Chambers, Miami, Florida, July 28, 2009.

_____
PAUL C. HUCK
United States District Judge

**Copies Furnished To:**
All Counsel of Record
James R. Caton, *pro se*
Reg #37101-019
Miami Federal Corrections Institution